Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br>   Plaintiff<br><br>         v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC,<br>   Defendants. | Case No.<br><br>**8:23-cv-01398-FWS-DFM**<br>**NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT TRANS UNION LLC.** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT TRANS UNION LLC only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 25, 2023        **Law Offices of Todd M. Friedman, P.C**

                      By: s/ Todd M. Friedman
                          Todd M. Friedman

## CERTIFICATE OF SERVICE

Filed electronically on August 25, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on August 25, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

                                                  By: s/ Todd M. Friedman Esq.
                                                         Todd M. Friedman