HOLLAND & KNIGHT LLP
Abraham Joshua Colman (SBN 146933)
Justin C. Adofina (333390)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail: abe.colman@hklaw.com
E-mail: justin.adofina@hklaw.com

Attorneys for Defendants
HYUNDAI CAPITAL AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>          Plaintiff,<br><br>vs.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,<br><br>          Defendants. | Case No.: 8:23-cv-1398-FWS (DFMx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HYUNDAI CAPITAL AMERICA TO RESPOND TO COMPLAINT**<br><br>Judge Fred W. Slaughter<br>Mag. Judge Douglas F. McCormick<br>Complaint Filed:  August 3, 2023 |

This Stipulation to extend Defendant Hyundai Capital America d/b/a Kia Finance America's ("HCA") time to respond to Plaintiff Wendy Warshauer's ("Plaintiff") Complaint for Damages to **October 6, 2023**, is made by and between Plaintiff and HCA (Plaintiff and HCA are collectively referred to as the "Parties") in light of the following facts:

## RECITALS

**WHEREAS,** on August 3, 2023, Plaintiff initiated this matter by filing a Complaint against HCA and other defendants in the United States District Court, Central District of California [ECF No. 8];

**WHEREAS,** HCA was served with the Complaint via process server on August 17, 2023;

**WHEREAS,** counsel for HCA was just recently retained;

**WHEREAS**, HCA needs additional time to research the allegations in the Complaint and to prepare responses;

**WHEREAS,** Plaintiff and HCA have agreed to extend HCA's time to respond to the Complaint to **October 6, 2023**, in order to provide time for HCA to investigate Plaintiff's claims and prepare a response; and

**WHEREAS,** there is good cause to extend HCA's deadline to respond, as it will enable HCA to investigate Plaintiff's claims and provide HCA with the necessary time to prepare responses.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between HCA and Plaintiff, through their respective counsel of record, that HCA's time to respond to Plaintiff's Complaint is extended to and including **October 6, 2023**.

**SO STIPULATED.**

Dated: September 1, 2023

          /s/ Justin C. Adofina
HOLLAND & KNIGHT LLP
Justin C. Adofina
E-mail: Justin.adofina@hklaw.com

Attorneys for Defendant
HYUNDAI CAPITAL AMERICA

Dated: September 1, 2023

      [1]/s/Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman
E-mail: tfriedman@toddflaw.com

Attorneys for Plaintiff
WENDY WARSHAUER

---

[1] I, Justin C. Adofina, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-
STIPULATION TO EXTEND TIME FOR DEFENDANT HYUNDAI CAPITAL AMERICA TO RESPOND TO COMPLAINT                    CASE NO. 8:23-cv-1398-FWS (DFMx)

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450