Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340 Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER, <br> Plaintiff <br><br> v. <br><br> HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC, <br> Defendants. | Case No. <br><br> 8:23-cv-01398-FWS-DFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC. ONLY** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to defendant TRANS UNION LLC. only.  Defendants did not filed an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 12th Day of September, 2023,

By: s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on September 12, 2023 with:

United States District Court CM/ECF system

Notification sent electronically on September 12, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

                        By: s/ Adrian R. Bacon Esq.
                            Adrian R. Bacon
                           Attorney for Plaintiff