Todd M. Friedman (SBN 216752)
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br>Plaintiff<br>v.<br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC; and<br>EQUIFAX INFORMATION SERVICES LLC,<br>Defendants. | Case No.<br><br>8:23-cv-01398-FWS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice as to DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. only. Defendant has not filed an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 20th Day of September, 2023,

By: s/ Todd M. Friedman Esq.
Todd M. Friedman
Attorney for Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on September 20, 2023 with:

United States District Court CM/ECF system

Notification sent electronically on September 20, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

                                        By: s/ Todd M. Friedman Esq.
                                        Todd M. Friedman
                                        Attorney for Plaintiff