HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
Justin C. Adofina (SBN 333390)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: abe.colman@hklaw.com
E-mail: zac.frampton@hklaw.com
E-mail: justin.adofina@hklaw.com

Attorneys for Defendant
HYUNDAI CAPITAL AMERICA
d/b/a KIA FINANCE AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. 8:23-cv-1398-FWS (DFMx)<br><br>**DEFENDANT'S HYUNDAI CAPITAL AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Judge Fred W. Slaughter<br>Mag. Judge Douglas F. McCormick<br>Complaint Filed: August 3, 2023 |

///
///
///
///
///
///
///

Defendant Hyundai Capital America d/b/a Kia Finance America, ("HCA"), by and through its attorneys, hereby submits its Answer and Affirmative Defenses to Plaintiff Wendy Warshauer's ("Plaintiff") Complaint, and states as follows:

## INTRODUCTION

1. In answering the Complaint, HCA states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. HCA denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint. HCA denies violating the Fair Credit Reporting Act ("FCRA," 15 U.S.C. 1681, *et seq.*) or making an improper credit inquiry.

2. The allegations of Paragraph 2 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent the allegations are directed to HCA, HCA denies that it violated the FCRA.

3. The allegations of Paragraph 3 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent the allegations are directed to HCA, HCA denies that it violated the FCRA.

4. The allegations of Paragraph 4 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent the allegations are directed to HCA, HCA denies that it violated the FCRA.

## JURISDICTION AND VENUE

5. The allegations of Paragraph 5 are conclusions of law and are denied. HCA denies that it violated the FCRA. Plaintiff's claims are subject to a binding arbitration agreement and HCA reserves the right to compel arbitration.

6. The allegations of Paragraph 6 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other

///

parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA does not challenge subject matter jurisdiction.

7. The allegations of Paragraph 7 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA does not challenge venue.

## PARTIES

8. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 8, and therefore, the allegations are denied.

9. The allegations of Paragraph 9 are admitted.

10. The allegations of Paragraph 10 are conclusions of law to which no response is necessary.

11. Paragraph 11 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

12. Paragraph 12 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

13. Paragraph 13 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

14. Paragraph 14 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

15. The allegations of Paragraph 15 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

## STATUTORY BACKGROUND

16. The allegations of Paragraph 16 are conclusions of law and are denied as such.

///

17. The allegations of Paragraph 17 are conclusions of law and are denied as such.

18. The allegations of Paragraph 18 are conclusions of law and are denied as such.

19. The allegations of Paragraph 19 are conclusions of law and are denied as such.

20. The allegations of Paragraph 20 are conclusions of law and are denied as such.

21. The allegations of Paragraph 21 are conclusions of law and are denied as such.

## FACTUAL ALLEGATIONS

22. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22, and therefore, the allegations are denied.

23. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23, and therefore, the allegations are denied.

24. HCA has an existing customer relationship with the Plaintiff, by which HCA has extended credit to Plaintiff. As a result, HCA has a permissible purpose under the FCRA to review the Plaintiff's credit.

25. The allegations of Paragraph 25 are conclusions of law to which no response is necessary.

26. The allegations of Paragraph 26 are conclusions of law and are denied. HCA denies that it violated the FCRA.

27. The allegations of Paragraph 27 are conclusions of law and are denied.

28. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 28, and therefore, the allegations are denied.

29. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 29, and therefore, the allegations are denied.

///

DEFENDANT HYUNDAI CAPITAL AMERICA'S ANSWER
AND AFFIRMATIVE DEFENSES

30. Paragraph 30 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

31. Paragraph 31 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

32. The allegations of Paragraph 32 are conclusions of law and are denied.

33. The allegations of Paragraph 33 are conclusions of law and are denied.

34. The allegations of Paragraph 34 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

35. The allegations of Paragraph 35 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

36. The allegations of Paragraph 36 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

37. The allegations of Paragraph 37 are conclusions of law to which no response is necessary. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

**FIRST CAUSE OF ACTION**

**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT-**

**VIOLATION OF 15 U.S.C. 1681 *et seq*.**

38. HCA restates and incorporates its responses to Paragraphs 1 to 37 as if set forth fully herein.

///

39. The allegations of Paragraph 39 are conclusions of law and are denied. HCA denies that it violated the FCRA.

40. HCA lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40, and therefore, the allegations are denied.

41. Paragraph 41 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

42. Paragraph 42 of the Complaint contains no allegations directed at HCA, and therefore no response is required.

43. The allegations of Paragraph 43 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

44. The allegations of Paragraph 44 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

45. The allegations of Paragraph 45 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

46. The allegations of Paragraph 46 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to HCA, HCA denies violating the FCRA.

///

///

///

///

## PRAYER FOR RELIEF

HCA denies the allegations in the Prayer for Relief and denies that Plaintiff is entitled to any relief whatsoever by the Complaint. HCA denies any remaining allegations of the Complaint not specifically admitted herein.

## TRIAL BY JURY

The Demand for Jury Trial contains no factual allegations; therefore no response is required.

## DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim against HCA upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's damages, if any, were directly and proximately caused, or contributed to, in whole or in part, by the fault of other parties or persons, for whose conduct HCA is neither liable nor responsible for, and were not the result of any fault, neglect or other culpable conduct on the part of HCA. Therefore, Plaintiff is not entitled to any recovery against HCA. In the alternative, any liability of HCA, which is denied, must be reduced in proportion to the fault of others.

### THIRD DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statutes of limitation.

### FOURTH DEFENSE

Plaintiff's claims against HCA are barred, in whole or in part, by the doctrine of laches.

### FIFTH DEFENSE

Plaintiff's causes of action against HCA are barred, in whole or in part, by the doctrine of unclean hands.

///

## SIXTH DEFENSE

Plaintiff has failed to take reasonable steps to avoid or mitigate her alleged damages, which must be reduced accordingly.

## SEVENTH DEFENSE

Any recovery by Plaintiff should be reduced by the amounts owed to HCA or others based on the equitable doctrine of setoff.

## EIGHTH DEFENSE

Plaintiff has failed to join all persons necessary for full and just adjudication of the purported causes of action asserted in the Complaint.

## NINTH DEFENSE

The Complaint is barred, in whole or in part, by Plaintiff's conduct, actions and inactions that amount to and constitute an estoppel of the claims and any relief sought thereby.

## TENTH DEFENSE

Plaintiff's claims are subject to a binding arbitration agreement and should therefore have been filed in arbitration rather in this Court.

## ELEVENTH DEFENSE

Discovery has not yet commenced in this action. HCA intends to add other and further defenses as may become apparent during the course of this action and reserves the right to amend this answer to assert such additional defenses.

///
///
///
///
///
///
///
///

DEFENDANT HYUNDAI CAPITAL AMERICA'S ANSWER
AND AFFIRMATIVE DEFENSES

**WHEREFORE**, Defendant HCA demands judgment in its favor against Plaintiff, awarding it attorneys' fees and costs incurred in defending against the Complaint, and such other and further relief as the Court deems appropriate and just.

Dated: October 5, 2023

                                                */s/ Justin C. Adofina*
HOLLAND & KNIGHT LLP
Justin C. Adofina
E-mail: Justin.adofina@hklaw.com

Attorneys for Defendant
HYUNDAI CAPITAL AMERICA

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notice of electronic filing to all counsel of record.

        */s/ Justin C. Adofina*
        HOLLAND & KNIGHT LLP
        Justin C. Adofina

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

DEFENDANT HYUNDAI CAPITAL AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES