Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER, <br> Plaintiff <br><br> v. <br><br> HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC, <br> Defendants | Case No. <br><br> 8:23-cv-01398-FWS-DFM <br><br> **JOINT NOTICE TO DISMISS HYUNDAI CAPITAL AMERICA D/B/A KIA FINANCE AMERICA WITH PREJUDICE.** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss Defendant HYUNDAI CAPITAL AMERICA D/B/A KIA FINANCE AMERICA only with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

///

Stipulation to Dismiss- 1

Respectfully submitted this 21st Day of November, 2023,

Law Offices of Todd M. Friedman P.C

By: _s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Holland and Knight LLP
By: /s/ Justin Christian Carig Adofina
Justin Christian Carig Adofina
Attorneys for Defendant
HYUNDAI CAPITAL AMERICA D/B/A
KIA FINANCE AMERICA

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated:November 21, 2023    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 21st Day of November, 2023, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 21st Day of November, 2023.
s/Adrian R. Bacon
ADRIAN R. BACON