Todd M. Friedman (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: (323) 306-4234
Fax: (866)633-0228
tfriedman@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY WARSHAUER,** ) | **Case No.: 8:23-cv-1398-FWS (DFMx)** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **HYUUNDAI CAPITAL AMERICA, et al.** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled with respect to all parties. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 22nd day of November, 2023

By: <u>s/Todd M. Friedman</u>
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorneys for Plaintiff

Filed electronically on this 22nd day of November, 2023, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Fred W. Slaughter
United States District Court
Central District of California

And all counsel of record as recorded on the Court's ECF page.

This 22nd day of November, 2023.

s/Todd M. Friedman
Todd M. Friedman